**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| CHARLES HERBST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:26-cv-76 |
| | ) | |
| STATE OF INDIANA and COUNTY OF TIPPECANOE, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION AND ORDER**

On July 27, 2026, Charles Herbst, proceeding *pro se*, filed a complaint. Herbst did not pay the filing fee, nor did he file a motion to proceed *in forma pauperis*. The court waited a few weeks to see if he would do either of these things, but he has not. This case cannot proceed until he has either paid the filing fee or filed a motion to proceed *in forma pauperis*.

ACCORDINGLY:

(1) Herbst is granted until September 25, 2026 to either pay the filing fee or file a motion to proceed *in forma pauperis*.

(2) Herbst is CAUTIONED that if he does not pay the filing fee or file a motion to proceed *in forma pauperis* by September 25, 2026, this case may be dismissed without further notice.

(3) The Clerk is DIRECTED to mail a copy of this order to Herbst's address of record.

**SO ORDERED.**

ENTERED: August 25, 2026.

/s/Philip P. Simon
PHILIP P. SIMON, JUDGE